UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BANK OF O'FALLON, an Illinois Banking
Corporation,

        Plaintiff,

      v.

UNITED STATES OF AMERICA,
INTERNAL REVENUE SERVICE, and
KENNEDY RUSSELL, SR.,

        Defendants.

Case No. 08-cv-147-JPG

## JUDGMENT

This matter having come before the Court, and the Court having dismissed this action for

lack of jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of

jurisdiction.

                                   **NORBERT JAWORSKI**

**DATED: July 1, 2008**                **By:s/Deborah Agans, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**